LV14-5015986-S

DEAN B. HOLLIDAY : SUPERIOR COURT

v. : J.D. OF NEW BRITAIN

Gregory Augustine ET. AL. : April 25, 2014

## MOTION TO CITE IN NEW PARTIES

Pursuant to C.P.B. sec. 9-22, the Plaintiff would like to cite in the following new parties:

1. VA Connecticut Healthcare System
   950 Campbell Avenue
   West Haven, CT - 06516

Plaintiff request this Court to cite in this defendant in their official capacity, as this agency is Defendant Augustine's employer.

PLAINTIFF
DEAN B. HOLLIDAY

Dean B. Holliday

OFFICE OF
SUPERIOR COURT
2014 APR 29 PM 12 20
JUDICIAL DISTRICT OF
NEW BRITAIN

Filed 4/29/2014
R. Schmitt

102

## ORDER

The following Motion after being duly heard, is hereby ORDERED: GRANTED/DENIED

_____
Judge/Clerk

## CERTIFICATION

The following Motion was sent via U.S. Mail on 25th day of April 2014, to:

Gregory Augustine
723 Maple Hill Road
Guilford, CT - 06437

_____
Dean B. Holliday