UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DEAN B. HOLLIDAY | : | |
| | : | |
| V. | : | 3:14cv855 (SRU) |
| | : | |
| GREGORY AUGUSTINE, LINDA J. MEAD, MIGUEL MARLING, WILL A. GUNN, DARRYL JOE, TIM BOND, DONNA NEVES, RICHARD GRIFFEN, NANCY-KATZ JOHNSON, HARRY S. BURKE, TODD L. DEUTSCH, JAMES R. MCCARTHY, LEROY N. SHIELDS, sued in their individual and Official capacity, VETERANS AFFAIRS CONNECTICUT HEALTHCARE, DEPARTMENT OF VETERANS AFFAIRS; OFFICE OF THE GENERAL COUNSEL, VETERANS AFFAIRS INSPECTOR GENERAL OFFICE, and the DEPARTMENT OF VETERANS AFFAIRS VA POLICE FOR CONNECTICUT sued in their official Capacity | : | |

## MOTION TO SUBSTITUTE THE UNITED STATES AS DEFENDANT

The Defendants, the Department of Veterans Affairs ("VA"), the Office of the General Counsel, the Veterans Affairs Inspector General Office, the Department of Veterans Affairs VA Police for Connecticut, and the named defendants sued in their official capacities, ("the Agency Defendants"), respectfully move this Court to substitute the United States as the proper party defendant for any tort claim plead in this *pro se* complaint pursuant to 28 U.S.C. § 2679(d)(2).  In support of this motion, the Agency Defendants rely on the Memorandum of Law and Exhibits attached to their Motion to Dismiss.

Respectfully submitted,

Deirdre M. Daly
United States Attorney

/s/ Michelle L. McConaghy
Michelle L. McConaghy, ct27150
Assistant United States Attorney
157 Church Street
New Haven, CT 06510
Telephone: (203) 821-3700
Fax: (203) 773-5373
Email: Michelle.McConaghy@usdoj.gov

## CERTIFICATION OF SERVICE

I hereby certify that on August 5, 2014, a copy of the within Motion to Substitute was served first-class, postage prepaid mail to:

Dean B. Holliday, Sr.
#246889
Radgowski Correctional Center
982 Norwich-New London Turnpike
Uncasville CT 06382

Michelle L. McConaghy, ct27137
Assistant United States Attorney